UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

JOHN NOTTINGHAM, )
 )
         Plaintiff, )
 )
v. )    1:06-cv-537-SEB-VSS
 )
STATE OF INDIANA, et al., )
 )
         Defendants. )

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed.**

Date: 04/13/2006

*[signature: Sarah Evans Barker]*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

John Nottingham
517 Front Street
Hollidaysburg, PA 16648